ACCEPTED
01-15-00552-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/25/2015 10:39:15 AM
CHRISTOPHER PRINE
CLERK



FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/25/2015 10:39:15 AM
CHRISTOPHER A. PRINE
Clerk

In The

# Court of Appeals
For The
## First District of Texas

### NO. 01–15–00552–CV

**JOSUE ORELLANA AND MERLIN CAROLINA BACA RUBIO, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JONATHAN JOSUE ORELLANA BACA, DECEASED, Appellants**

**V.**

**WESTHEIMER TERRACE APARTMENTS MANAGEMENT, L.L.C. AND WESTHEIMER TERRACE APARTMENTS, L.L.C., Appellees**

On Appeal from 270th District Court
Harris County, Texas
Trial Court Cause No. 2013-30976

## PARTIES' NOTIFICATION TO COURT OF MEDIATOR

The parties have agreed that the following person will mediate this cause:

Mediator's Name: Robert A. Black

State Bar of Texas identification number: 00000086

Mailing Address: Bank of America Bldg.
2615 Calder, Suite 800

Beaumont, Texas 77702

Telephone number:    (409) 835-5011

Fax number:    (409) 835-5177

e-mail address:    bobblack@mehaffyweber.com


Robert C. Hillard
SBN: 09677700
bobh@hmglawfirm.com
Marion M. Reilly
SN: 24079195
marion@hmglawfirm.com
Rudy Gonzalez
SBN: 08121700
rudyg@hmglawfirm.com
Todd A. Hunter
SBN: 24087774
todd@hmglawfirm.com
719 S. Shoreline Suite 500
Corpus Christi, Texas 78401
(361) 882-1612 Telephone
(361) 882-3015 Facsimile

**COUNSEL FOR APPELLANTS**


Willie Ben Daw, III
SBN: 05594050
WBDaw@dawray.com
Kyle Giacco

SBN: 07839150
Kgiacco@dawray.com
Bianca Cedrone
SBN: 24088787
Bcedrone@dawray.com
5718 Westheimer, Suite 1750
Houston, Texas 77057
(713) 266-3121 Telephone
(713) 266-3188 Facsimile

**COUNSEL FOR APPELLEES**